| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Novack, Charles D. | 2. Court or Organization<br><br>Bankruptcy Court, Northern District of California | 3. Date of Report<br><br>08/29/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>United States Bankruptcy Court<br>1300 Clay Street, Courtroom 215<br>Oakland, CA 94612 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

# FINANCIAL DISCLOSURE REPORT

Page 2 of 13

**Name of Person Reporting**

Novack, Charles D.

**Date of Report**

08/29/2017

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The State Bar of California | 09/29/2016 - 09/30/2016 | San Diego, California | Presentation at State Bar Annual Meeting | Meal, Transportation, and Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 08/29/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nordstrom | credit card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. - Schwab Ad. Cash Reserve | A | Dividend | J | T | Sold (part) | 01/06/16 | J | | |
| 3. | | | | | Sold (part) | 04/05/16 | J | | |
| 4. | | | | | Sold (part) | 05/10/16 | J | | |
| 5. | | | | | Buy (add'l) | 05/16/16 | K | | |
| 6. | | | | | Sold (part) | 05/24/16 | K | | |
| 7. | | | | | Sold (part) | 07/05/16 | J | | |
| 8. | | | | | Sold (part) | 07/07/16 | J | | |
| 9. | F | | | | Buy (add'l) | 08/11/16 | L | | |
| 10. | | | | | Sold (part) | 08/12/16 | J | | |
| 11. | | | | | Sold (part) | 08/16/16 | K | | |
| 12. | | | J | | Sold (part) | 10/11/16 | J | | |
| 13. | | | | | Sold (part) | 12/14/16 | J | | |
| 14. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 15. -Accenture PLC Class A | A | Dividend | K | T | Sold (part) | 04/11/16 | J | B | |
| 16. - Amgen Inc. (common) | A | Dividend | K | T | Buy | 09/28/16 | K | | |
| 17. | | | | | Buy (add'l) | 12/09/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Canadian National Railways Co. (common) | A | Dividend | K | T | | | | | |
| 19. -Cummins, Inc. (common) | B | Dividend | K | T | Buy | 04/11/16 | J | | |
| 20. - CVS Health Corp. (common) | A | Dividend | K | T | Buy | 08/05/16 | K | | |
| 21. -Estee Lauder Co, Inc., Classs A | A | Dividend | K | T | Buy | 08/11/16 | J | | |
| 22. -Factset Research System, Inc. (common) | A | Dividend | K | T | | | | | |
| 23. -Grainger WW, Inc. (common) | A | Dividend | | | Sold | 05/10/16 | K | D | |
| 24. -Hormel (common) | A | Dividend | K | T | Sold (part) | 02/25/16 | J | C | |
| 25. - Magellan Midstream Partners (common) | B | Dividend | K | T | Buy (add'l) | 08/11/16 | J | | |
| 26. - Metronic, Inc. (common) | A | Dividend | K | T | | | | | |
| 27. -Nike, Inc. (common) | A | Dividend | K | T | Sold (part) | 04/11/16 | J | D | |
| 28. -Novo - Nordisk as ADR | A | Dividend | K | T | Sold (part) | 04/11/16 | J | C | |
| 29. | | | | | Buy (add'l) | 08/11/16 | J | | |
| 30. -Polaris Industries (common) | A | Dividend | | | Buy (add'l) | 04/11/16 | J | | |
| 31. | | | | | Buy (add'l) | 08/11/16 | J | | |
| 32. | | | | | Sold | 09/28/16 | K | | |
| 33. -Praxair, Inc. (common) | | None | | | Sold | 02/25/16 | K | B | |
| 34. - Sherman-Williams Co. (common) | A | Dividend | K | T | Buy | 02/25/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Scripps Ntwk Interactive (common) | A | Dividend | K | T | Buy (add'l) | 08/11/16 | J | | |
| 36. -TJX Companies (common) | A | Dividend | K | T | | | | | |
| 37. -T. Rowe Price Group (common) | A | Dividend | K | T | Buy (add'l) | 08/11/16 | J | | |
| 38. - Toro Company (common) | A | Dividend | K | T | Buy | 05/19/16 | K | | |
| 39. - Toronto Dominion Bank | B | Dividend | K | T | Buy (add'l) | 04/11/16 | J | | |
| 40. -United Health Group, Inc (common) | B | Dividend | K | T | | | | | |
| 41. - Walgreens Boots Alliance (common; formerly "Walgreens") | A | Dividend | | | Sold (part) | 05/19/16 | J | B | |
| 42. | | | | | Sold | 08/05/16 | K | E | |
| 43. - 361 Managed Futures Strat. Fund Cl 1 | | None | | | Sold | 05/05/16 | L | | |
| 44. - Doubleline Total Return Bond Fund Cl 1 | B | Dividend | K | T | | | | | |
| 45. - Guggenheim Exch. TRD FD Bullet Shares 2017 Corp Bond ETF | A | Dividend | K | T | | | | | |
| 46. - Guggenheim ETF Bullet Shares 2018 Corp Bond | A | Dividend | K | T | | | | | |
| 47. - Guggenheim ETF Bullet Shares 2019 Corp Bond | A | Dividend | K | T | | | | | |
| 48. - Guggenheim ETF Bullet Shares 2020 Corp Bond | A | Dividend | K | T | | | | | |
| 49. -Guggenheim ETF Bullet Shares 2021 Corp Bond | A | Dividend | K | T | | | | | |
| 50. - Guggenehim ETF Bullet Shares 2022 Corp Bond | A | Dividend | K | T | | | | | |
| 51. - IShares 3-7 Year Treasury Bond ETF | A | Dividend | K | T | Buy | 08/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - IShares Core S&P ETF Midcap | A | Dividend | L | T | Buy | 05/05/16 | J | | |
| 53. | | | | | Buy (add'l) | 08/05/16 | J | | |
| 54. | | | | | Buy (add'l) | 08/11/16 | J | | |
| 55. -PIMCO Income Fund Institutional Class | A | Dividend | K | T | Buy (add'l) | 08/11/16 | J | | |
| 56. - Templeton Global Bond Fund ADV Cl | A | Dividend | | | Sold | 02/16/16 | K | | |
| 57. -Vanguard International Equity Index All World | B | Distribution | L | T | Buy (add'l) | 05/05/16 | J | | |
| 58. | | | | | Buy (add'l) | 06/29/16 | J | | |
| 59. | | | | | Buy (add'l) | 08/11/16 | J | | |
| 60. - Vanguard REIT ETF | D | Distribution | L | T | Buy | 05/05/16 | L | | |
| 61. - Vanguard Total Bond Fund Market ETF | B | Distribution | K | T | Buy (add'l) | 08/11/16 | J | | |
| 62. - Vanguard Total International Bond ETF | A | Dividend | K | T | Buy | 02/16/16 | K | | |
| 63. | | | | | Buy (add'l) | 08/11/16 | J | | |
| 64. - T. Rowe Price Emerging Markets Fund | A | Dividend | K | T | | | | | |
| 65. IRA #2 (H) | | | | | | | | | |
| 66. -Schwab Adv. Cash Reserve | A | Dividend | J | T | Sold (part) | 01/06/16 | J | | |
| 67. | | | | | Sold (part) | 02/19/16 | J | | |
| 68. | | | | | Sold (part) | 04/05/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 04/15/16 | J | | |
| 70. | | | | | Sold (part) | 04/12/16 | J | | |
| 71. | | | | | Buy (add'l) | 05/16/16 | J | | |
| 72. | | | | | Sold (part) | 06/01/16 | J | | |
| 73. | | | | | Sold (part) | 07/07/16 | J | | |
| 74. | | | | | Buy (add'l) | 08/11/16 | J | | |
| 75. | | | | | Sold (part) | 10/03/16 | J | | |
| 76. | A | | | | Sold (part) | 10/11/16 | J | | |
| 77. - Accenture PLC Class A | A | Dividend | J | T | Sold (part) | 04/11/16 | J | C | |
| 78. - Amgen Inc. (common) | A | Dividend | J | T | Buy | 09/28/16 | J | | |
| 79. - Canadian National Railways Co. (common) | A | Dividend | J | T | | | | | |
| 80. - Cummins Inc. | A | Dividend | J | T | Buy (add'l) | 04/11/16 | J | | |
| 81. - CVS Health Corp. (common) | A | Dividend | J | T | Buy | 08/05/16 | J | | |
| 82. - Estee Lauder Co. Inc. (Class A) | A | Dividend | J | T | | | | | |
| 83. - Factset Research, Inc. (common) | A | Dividend | J | T | | | | | |
| 84. - Grainger WW, Inc. (common) | A | Dividend | | | Sold | 05/10/16 | J | D | |
| 85. - Hormel (common) | A | Dividend | J | T | Sold (part) | 02/25/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 04/11/16 | J | D | |
| 87. - Magellan Midstream Partners (common) | A | Dividend | J | T | | | | | |
| 88. - Medtronic, Inc. (common) | A | Dividend | J | T | | | | | |
| 89. - Nike, Inc. (common) | A | Dividend | J | T | Sold (part) | 04/11/16 | J | C | |
| 90. - Novo Nordisk as ADR | A | Dividend | J | T | | | | | |
| 91. - Toronto Dominion Bank | A | Dividend | J | T | | | | | |
| 92. - Polaris Industries (common) | A | Dividend | | | Buy (add'l) | 04/11/16 | J | | |
| 93. | | | | | Sold | 09/28/16 | J | | |
| 94. - Praxair, Inc. (common) | A | Dividend | | | Sold | 02/25/16 | J | B | |
| 95. - Sherman Williams Co. (common) | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 96. -Scripps Ntwk Interactive (common) | A | Dividend | J | T | | | | | |
| 97. - Toro Company (common) | A | Dividend | J | T | Buy | 05/26/16 | J | | |
| 98. - T. Rowe Price Group (common) | A | Dividend | J | T | | | | | |
| 99. - TJX Companies (common) | A | Dividend | J | T | | | | | |
| 100. - United Health Group (common) | A | Dividend | K | T | | | | | |
| 101. - 361 Managed Futures Strat Fund Cl 1 | | None | | | Buy (add'l) | 04/11/16 | J | | |
| 102. | | | | | Sold | 05/05/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Doubleline Total Return Bond Fund Cl 1 | A | Dividend | J | T | Buy (add'l) | 04/11/16 | J | | |
| 104. - Guggenheim ETF Bullet Shares 2017 Corp Bond Fund ETF | A | Dividend | J | T | | | | | |
| 105. - Guggenheim ETF Bullet Shares 2018 Corp Bond ETF | A | Dividend | J | T | Sold (part) | 02/16/16 | J | A | |
| 106. -Guggenheim ETF Bullet Shares 2019 Corp Bond | A | Dividend | J | T | | | | | |
| 107. - Guggenheim ETF Bullet Shares 2020 Corp Bond | A | Dividend | J | T | | | | | |
| 108. -Guggenheim ETF Bullet Shares 2021 Corp Bond | A | Dividend | J | T | Buy (add'l) | 04/11/16 | J | | |
| 109. -Guggenheim ETF Bullet Shares 2022 Corp Bond | A | Dividend | J | T | Buy (add'l) | 04/11/16 | J | | |
| 110. -IShares Core S&P ETF Midcap | A | Dividend | K | T | Buy (add'l) | 04/11/16 | J | | |
| 111. | | | | | Buy (add'l) | 05/05/16 | J | | |
| 112. -IShares 3-7 Year Treasury Bond ETF | A | Dividend | K | T | | | | | |
| 113. - PIMCO Income Fund Institutional Class | A | Dividend | J | T | | | | | |
| 114. - Vanguard Total Bond Fund Market ETF | A | Dividend | K | T | | | | | |
| 115. - Vanguard Intl Eqty Index ETF | A | Dividend | K | T | Buy (add'l) | 04/11/16 | J | | |
| 116. -Vanguard FTSE All World EX US ETF | A | Dividend | J | T | Buy (add'l) | 04/11/16 | P1 | | |
| 117. - Vanguard REIT ETF | B | Dividend | K | T | Buy | 05/05/16 | K | | |
| 118. - T. Rowe Price - Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 119. - Templeton Global Bond Fund | A | Dividend | | | Sold | 02/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - Walgreens Boots Alliance (common; formerly "Walgreens") | A | Dividend | | | Sold | 08/05/16 | J | D | |
| 121. U.S Savings Bonds Type E | A | Int./Div. | J | T | | | | | |
| 122. Wells Fargo Bank Accounts | A | Interest | K | T | | | | | |
| 123. Fidelity Value Fund | A | Dividend | J | T | | | | | |
| 124. Fidelity Cash Reserves | A | Interest | K | T | | | | | |
| 125. RBC Wealth Management U.S. Govt Money Market Account | A | Int./Div. | | | Distributed | 07/27/16 | J | | |
| 126. Vanguard 500 Index IRA # 3 (H) | C | Dividend | M | T | | | | | |
| 127. Fidelity Cal. Muni Market | A | Dividend | M | T | | | | | |
| 128. Fidelity Puritan Mutual Fund | D | Dividend | N | T | | | | | |
| 129. Fidelity Insured Deposit | A | Interest | O | T | | | | | |
| 130. Schwab Adv. Cash Reserve | A | Dividend | J | T | | | | | |
| 131. Vanguard FTSE All World ex-US Index Fund ETF Shares | A | Dividend | J | T | | | | | |
| 132. Novack Family LLC | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 08/29/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Investments and Trusts: The 2015 financial disclosure report listed in IRA #2 funds known as the "Vanguard Intl Equity Index Fund" and the "Vanguard FTSE All World EX US ETF." These are duplicative entries. After further review of portfolio reports, this 2016 disclosure report lists this fund as "Vanguard Int. Equity Index."

Investments and Trusts: IRAs #1 and 2 incorrectly reported the transaction status of their holdings in Magellan Midstream Partners in the 2014 and 2015 reports. Both IRAs only partially sold their holdings in 2014, and they continued to have a position in that fund in 2015 and 2016. IRAs # 1 and 2 both now state their holdings in this fund in this report.

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 08/29/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles D. Novack**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544